IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3140 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| JOSEPH W. MONDAY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on to consider the government's appeal of magistrate judge's order (filing 24). Having considered the matter,

IT IS ORDERED that the government's appeal of magistrate judge's order (filing 24) is denied.

DATED this 1st day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge