IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3140 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOSEPH W. MONDAY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the government's motion for an enlargement of time (filing 111) is granted, and the scheduling order previously entered in this matter (filing 110) is amended to provide that:

1.  The government shall file an answer to the defendant's § 2255 motion on or before November 15, 2007.

2.  The defendant may file a reply to the government's answer within twenty (20) days after its service.

3.  The government may also file a motion for summary judgment on or before November 15, 2007, and, in such event, the defendant shall have twenty (20) days to file a response.

August 24, 2007.                         BY THE COURT:

                                         s/ *Richard G. Kopf*
                                         United States District Judge