IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3140 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSEPH W. MONDAY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for an enlargement of time (filing 117) is granted, as follows:

Defendant shall have until December 31, 2007, to respond to Plaintiff's motion for summary judgment (filing 114).

December 10, 2007.           BY THE COURT:

                             s/ *Richard G. Kopf*
                             United States District Judge