IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3140 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOSEPH W. MONDAY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. Filing 120, Defendant's motion for appointment of counsel is denied without prejudice to possible reassertion at a later date.

2. Filing 121, Defendant's second motion for an enlargement of time to respond to the government's motion for summary judgment is granted, and Defendant shall have until March 7, 2008, to file a response.

February 13, 2008.         BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge