IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3140 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOSEPH W. MONDAY, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that Defendant's third <u>and final</u> motion for an enlargement of time (filing 123) is granted, and Defendant shall have until April 25, 2008, to file a response to Plaintiff's motion for summary judgment.

   March 10, 2008.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge