IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3140 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| JOSEPH W. MONDAY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's Memorandum and Order filed this date,

FINAL JUDGMENT is entered for the United States of America, and against the defendant, Joseph W. Monday, providing that the defendant shall take nothing, and his motion to vacate, set aside, or correct his sentence (filing 109) is denied on the merits.  This § 2255 proceeding is hereby dismissed with prejudice.

April 15, 2008.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge